Case 1:25-cv-00356   Document 5   Filed 01/06/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHISN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDISON T. Z.[1], <br>     Petitioner, <br><br> v. <br><br> WARDEN, PORT ISABEL <br> DETENTION CENTER, *et al.,* <br>     Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 1:25-cv-356 |

## ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

Before the Court is Petitioner Edison T. Z.'s "Petition for Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner, a citizen of Ecuador, claims his continued detention violates his right to due process under the Fifth Amendment of the U.S. Constitution and the Administrative Procedure Act. *Id.* at 10-11.

Petitioner's allegations raise a genuine question as to whether his continued detention violates federal law and the U.S. Constitution. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

Accordingly, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted **no later than 20 days after service upon Respondents** of this § 2241 petition. The deadline for any necessary response by Petitioner will follow Local Rule 7. *See* Local Rule 7.3.

Further, Petitioner is **ORDERED** to file proof of service of the Petition upon Respondents as a docket entry in this litigation **no later than January 20. 2026**.

At this time, the Court finds good cause exists to forego setting a hearing until the issues in the case are fully briefed.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Signed on January 6, 2026.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge